Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Ian M. McMenemy, Esq.
Nevada Bar No. 13190
**MURCHISON & CUMMING, LLP**
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada  89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
mnunez@murchisonlaw.com
imcmenemy@murchisonlaw.com

Attorneys for Third Party Defendant,
ADVANTAGE SALES & MARKETING, LLC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBBIN L. LOLOGO, an individual; and VINCENT J. LOLOGO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART SUPERCENTER STORE # 1834; and DOES I-X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO. 2:13-cv-01493-GMN-PAL <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL OF CROSS-CLAIMS WITHOUT PREJUDICE** |
| WAL-MART STORES, INC., a Delaware corporation, <br><br> Third Party Plaintiff, <br><br> v. <br><br> ADVANTAGE SALES & MARKETING, LLC, a foreign corporation; ROE CORPORATIONS I through XX; and DOES I through XX, inclusive, <br><br> Third Party Defendants. | |

/ / /

1  COME NOW, Defendant/Cross-Defendant, ADVANTAGE SALES & MARKETING, LLC ("ASM"), by and through its attorneys of record, the law firm of Murchison & Cumming, LLP and Defendant/Cross-Claimant, WAL-MART STORES, INC. ("Walmart"), by and through its attorneys of record, the law firm of Phillips, Spallas & Angstadt, LLC, hereby stipulate and agree to dismiss all cross-claims in this matter without prejudice.

**STIPULATED AND AGREED TO:**

DATED this 8th day of July, 2015.

**MURCHISON & CUMMING, LLP.**

By: /s/ Ian M. McMenemy
  Michael J. Nuñez, Esq.
  Nevada Bar No. 10703
  Ian M. McMenemy, Esq.
  Nevada Bar No. 13190
  6900 Westcliff Drive, Suite 605
  Las Vegas, Nevada 89145
  Telephone: (702) 360-3956
  Facsimile: (702) 360-3957
  Attorneys for Defendant,
  ADVANTAGE SALES &
  MARKETING, LLC

DATED this 8th day of July, 2015.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

By: /s/ Brenda H. Entzminger
  Brenda H. Entzminger, Esq.
  Nevada Bar No. 9800
  504 South Ninth Street
  Las Vegas, Nevada 89101
  Telephone: (702) 938-1510
  Facsimile: (702) 938-1511
  Attorneys for Defendant,
  WAL-MART STORES, INC.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 07/14/2015.

STIPULATION TO DISMISS CROSS-CLAIMS WITH PREJUDICE

**PROOF OF SERVICE**

**STATE OF NEVADA, COUNTY OF CLARK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Clark, State of Nevada. My business address is 6900 Westcliff Drive, Suite 605, Las Vegas, Nevada 89145.

On July 8, 2015, I served true copies of the following document(s) described as **STIPULATION AND ORDER TO DISMISS CROSS-CLAIMS WITHOUT PREJUDICE** on the interested parties in this action as follows:

**SEE ATTACHED LIST**

**BY CM/ECF ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, District of Nevada, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 8, 2015, at Las Vegas, Nevada.

*/s/ Nicole Garcia*
Nicole Garcia

**SERVICE LIST**
**Robbin L. Lologo, et. al. vs. Wal-Mart Stores, Inc., et. al.**

| | |
|---|---|
| Eric R. Blank, Esq.<br>Law Offices of Eric R. Blank, P.C.<br>7860 W. Sahara Ave., Ste. 110<br>Las Vegas, NV 89117<br>Telephone: (702) 222-2115<br>Facsimile: (702) 227-0615 | Attorneys for Plaintiff |
| Brenda H. Entzminger, Esq.<br>Marjan Hajimirzaee, Esq.<br>Phillips, Spallas & Angstadt, LLC<br>504 S. 9th Street<br>Las Vegas, NV 89101<br>Telephone: (702) 938-1510<br>Facsimile: (702) 938-1511 | Attorneys for Defendant/Third-Party Plaintiff, WAL-MART STORES, INC. |