**ERIC R. BLANK, ESQ.**
Nevada Bar No. 006910
**SCOTT E. PHILIPPUS, ESQ.**
Nevada Bar No. 013223
**WILLIAM B. PALMER, II, ESQ., OF COUNSEL**
Nevada Bar No. 001803
**LAW OFFICES OF ERIC R. BLANK, P.C.**
7860 W. Sahara Avenue, Suite 110
Las Vegas, NV 89117
Telephone: (702) 222-2115
Facsimile: (702) 227-0615
E-mail: contact@ericblanklaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBBIN L. LOLOGO, an individual; and VINCENT J. LOLOGO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART SUPERCENTER STORE #1834; and DOES I – X, inclusive, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. <br> _____ <br> WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART SUPERCENTER STORE #1834, <br><br> Cross-Claimant/Counter Defendant, <br><br> v. <br><br> ADVANTAGE SALES & MARKETING LLC, a foreign corporation; ROE CORPORATIONS I through XX; and DOES 1 through XX, inclusive, <br><br> Cross-Defendants. | Case No. 2:13-cv-01493-GMN-PAL <br><br> **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER TO CONTINUE DATES FOR TRIAL, CALENDAR CALL AND MOTIONS IN LIMINE** <br><br> [FIRST REQUEST – TRIAL CONTINUANCE] <br><br> [FOURTH REQUEST - SCHEDULING ORDER CONTINUANCE] |

ROBBIN L. LOLOGO, an individual; and
VINCENT J. LOLOGO, an individual,

                    Plaintiffs,

v.

ADVANTAGE SALES & MARKETING LLC, a foreign corporation; ROE CORPORATIONS I through XX; and DOES I through XX, inclusive,

                    Defendants.

## STIPULATION AND ORDER TO AMEND SCHEDULING ORDER TO CONTINUE DATES FOR TRIAL, CALENDAR CALL AND MOTIONS IN LIMINE

**[FIRST REQUEST – TRIAL CONTINUANCE]**

**[FOURTH REQUEST - SCHEDULING ORDER CONTINUANCE]**

This STIPULATION TO AMEND SCHEDULING ORDER TO CONTINUE DATES FOR TRIAL, CALENDAR CALL AND MOTIONS IN LIMINE is entered into by and between ROBBIN L. LOLOGO; VINCENT J. LOLOGO (collectively "Plaintiffs"); WAL-MART STORES, INC. ("Wal-Mart"); and ADVANTAGE SALES & MARKETING, LLC ("ASM"), by and through their attorneys of record, pursuant to LR 6-1(b), LR16-3(b) and LR 26-4 and based upon the following:

**(A)   A STATEMENT OF THE REASONS CONTINUANCE IS REQUESTED:**

This is a slip and fall personal injury case where Plaintiff Robbin Lologo (Robbin) underwent a neck surgery. Now, Plaintiffs allege there is a change in circumstances as: (1) Robbin recently underwent a back surgery on October 3, 2015; (2) Robbin is still undergoing treatment; and (3) Robbin's surgeon believes it would be in the best interest of Robbin's current recovery to postpone the trial on February 8, 2016.

**(B)   THE STIPULATION OF THE PARTIES:**

Based upon the foregoing, the parties stipulate to continue trial for a period of no less than 180 days to a date to be set by the court, to continue motions in limine to be due pursuant to LR 16-3(b) in conjunction with the new trial date and to continue the calendar call to a date to be set by the court.

**(C)   A STATEMENT OF DISCOVERY COMPLETED TO DATE:**

Plaintiffs filed the instant action in state court on July 12, 2013 against only Wal-Mart, which removed the case to this Court and filed its Answer to Plaintiffs' Complaint on August 20, 2013. Plaintiffs and Wal-Mart exchanged initial disclosures of documents and the names of individuals with knowledge of the facts pertaining to Plaintiffs' claims against Wal-Mart. Wal-Mart propounded written discovery requests to Plaintiffs, including interrogatories and requests for production, and Plaintiffs served their responses. Plaintiffs propounded written discovery requests to Wal-Mart, including interrogatories and requests for production, and Wal-Mart served its responses. Wal-Mart deposed Robbin L. Lologo, Vincent J. Lologo, three witnesses traveling with Plaintiffs at the time of the accident, as well as Plaintiffs' three experts. Plaintiffs deposed Wal-Mart's Store Manager and a third-party witness.

Plaintiff Robbin L. Lologo underwent an independent medical examination on December 13, 2013, a vocational rehabilitation interview on February 5, 2014, and an independent neuropsychological examination with Wal-Mart's neuropsychologist on May 9, 2014. Pursuant to a second stipulation to extend discovery entered into between Wal-Mart and Plaintiffs, Wal-Mart's neuropsychologist provided his expert report following the IME.

On April 17, 2014, Wal-Mart filed a Third Party Complaint against ASM and ASM filed an Answer to Wal-Mart's third party complaint on May 14, 2014. On the same date, ASM sent a demand for prior pleadings and discovery to both Plaintiffs and Wal-Mart. Plaintiffs responded on May 16, 2014.

Plaintiffs amended their Complaint to add ASM as a Defendant on July 22, 2014. On August 1, 2014, Wal-Mart filed an Answer to the Plaintiff's Amended Complaint and asserted a Cross-Complaint against ASM. On August 21, 2014, ASM filed an Answer to the Plaintiff's Amended Complaint and asserted a Cross-Complaint against Wal-Mart. On August 21, 2014, ASM filed an Answer to the

Cross-Claim of Wal-Mart. On September 5, 2014, Wal-Mart filed an Answer to the Cross- Claim of ASM.

ASM propounded written discovery requests to Plaintiffs, including interrogatories and requests for production, and Plaintiffs served their responses. Plaintiffs propounded written discovery requests to ASM, including interrogatories and requests for production, and ASM served its responses.

ASM propounded written discovery requests to Wal-Mart, including interrogatories and requests for production, and Wal-Mart served their responses. Wal-Mart propounded written discovery requests to ASM, including interrogatories and requests for production, and ASM served its responses.

**(b)** **ACTION BY THE COURT CURRENTLY IN EFFECT**

(1) This case is set for jury trial on the 8th day of February , 2016 at 8 30 a .m. Calendar call shall be held on the 1st day of February , 2016 at 9:00 a.m.

(2) An original and two (2) copies of each trial brief are be submitted to the clerk on or before January 28, 2016 no later than 4:00 p.m.

(3) Jury Trials:

(a) An original and two (2) copies of all instructions requested by either party are be submitted to the clerk for filing on or before January 28, 2016 no later than 4:00 p.m..

(b) An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the court on voir dire are to be submitted to the clerk for filing on or before January 28, 2016 no later than 4:00 p.m.

**STIPULATED AND AGREED TO:**

DATED this __8th__ day of __January__, 2016     DATED this __8th__ day of __January__, 2016

**LAW OFFICES OF ERIC R. BLANK, P.C.**          **PHILLIPS, SPALLAS & ANGSTADT LLC**


By: __/s/ William B. Palmer, II__                By:__/s/ Brenda H. Entzminger__
**ERIC R. BLANK, ESQ.**                          **BRENDA H. ENTZMINGER, ESQ.**
Nevada Bar No. 006910                            Nevada Bar No. 009800
**SCOTT E. PHILIPPUS, ESQ.**                     **MARJAN HAJIMIRZAEE, ESQ.**
Nevada Bar No. 013223                            Nevada Bar No.
**WILLIAM B. PALMER, II, ESQ., OF COUNSEL**      504 South Ninth Street
Nevada Bar No. 001803                            Las Vegas, Nevada  89101
7860 W. Sahara Avenue, Suite 110                 Telephone: (702) 938-1510
Las Vegas, NV 89117                              Facsimile:   (702) 938-1511
Telephone: (702) 222-2115                        *Attorney for Defendant, Wal-Mart Stores, Inc.*
Facsimile: (702) 227-0615
E-mail: contact@ericblanklaw.com
*Attorneys for Plaintiffs*


DATED this __8th__ day of __January__, 2016

**MURCHISON & CUMMING, LLP.**


By:__/s/ Ian McMenemy__
   **MICHAEL J. NUÑEZ, ESQ.**
   Nevada Bar No. 10703
   **IAN MCMENEMY, ESQ.**
   Nevada Bar No. 13190
   6900 Westcliff Drive, Suite 605
   Las Vegas, Nevada 89145
   Telephone: (702) 360-3956
   Facsimile: (702) 360-3957
   *Attorneys For Third Party Defendant,*
   *Advantage Sales & Marketing, LLC*

## ORDER

IT IS SO ORDERED.

AMENDED ACTION BY THE COURT

(A)   This case is set for trial on the 8th day of August, 2016 at 8:30 a.m. Calendar call shall be held on the 1st day of August, 2016 at 9:00 a.m.

This represents a FIRM TRIAL DATE. NO FURTHER CONTINUANCES WILL BE GRANTED

(B)   An original of each trial brief shall be submitted to the clerk on or before the 28th day of July, 2016 at 4:00 p.m.

(C)   Jury Trials:

   (1)   An original of all instructions requested by either party shall be submitted to the clerk for filing on or before the 28th day of July, 2016 at 4:00 p.m.

   (2)   An original of all suggested questions of the parties to be asked of the jury panel by the court on voir dire shall be submitted to the clerk for filing on or before the 28th day of July, 2016 at 4:00 p.m.

DATED: this 14 day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE