**ERIC R. BLANK, ESQ.**
Nevada Bar No. 006910
**SCOTT E. PHILIPPUS, ESQ.**
Nevada Bar No. 013223
**WILLIAM B. PALMER, II, ESQ., OF COUNSEL**
Nevada Bar No. 001803
**LAW OFFICES OF ERIC R. BLANK, P.C.**
7860 W. Sahara Avenue, Suite 110
Las Vegas, NV 89117
Telephone: (702) 222-2115
Facsimile: (702) 227-0615
E-mail: contact@ericblanklaw.com
Attorney for Plaintiffs

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBBIN L. LOLOGO, an individual; and VINCENT J. LOLOGO, an individual, | Case No. 2:13-cv-01493-GMN-PAL |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINES TO RESPOND TO DEFENDANT/CROSS-DEFENDANT ADVANTAGE SALES & MARKETING LLC'S MOTIONS AND DEFENDANT/CROSS-CLAIMANT/ COUNTER DEFENDANT WAL-MART STORES, INC.'S JOINDERS THEREIN** |
| v. | |
| WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART SUPERCENTER STORE #1834; and DOES I – X, inclusive, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | **[FIRST REQUEST]** |
| _____ | |
| WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART SUPERCENTER STORE #1834, | |
| Cross-Claimant/Counter Defendant, | |
| v. | |
| ADVANTAGE SALES & MARKETING LLC, a foreign corporation; ROE CORPORATIONS I through XX; and DOES 1 through XX, inclusive, | |
| Cross-Defendants. | |

1  ROBBIN L. LOLOGO, an individual; and
   VINCENT J. LOLOGO, an individual,
2
                          Plaintiffs,
3
4  v.

5  ADVANTAGE SALES & MARKETING LLC, a
   foreign corporation; ROE CORPORATIONS I
6  through XX; and DOES I through XX, inclusive,

7                        Defendants.

8  **STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINES TO RESPOND TO
9  DEFENDANT/CROSS-DEFENDANT ADVANTAGE SALES & MARKETING LLC'S
10 MOTIONS AND DEFENDANT/CROSS-CLAIMANT/ COUNTER DEFENDANT WAL-MART
   STORES, INC.'S JOINDERS THEREIN**

11

12         The parties hereby represent that a description of certain Motions filed by ADVANTAGE

13 SALES & MARKETING LLC (ASM), the dates of the filings of said Motions, the Federal Court

14 Docket filing number of said Motions, and the original dates for filing Responses to said Motions are

15 set forth in the chart below;

16         The parties hereby represent that WAL-MART STORES, INC. (Wal-Mart), has filed Joinders

17 in relation to the said Motions; and

18         The parties hereby stipulate that Plaintiffs shall have up through and including the Stipulated

19 Extended Response Dates set forth below in which to file Responses to said Motions and Joinders as

20 follows:

21
22 | **Motion Description** | **File Date** | **ECF No.** | **Original Response Date** | **Stipulated Extended Response Date** |
23 | --- | --- | --- | --- | --- |
24 | Motion for Sanctions re Discovery Motion to Exclude Ps' Medical Expert Witnesses | 05/17/16 | 91 | 06/03/16 | 06/17/16 |
25 |  |  |  |  |  |
26 | Motion for Summary Judgment | 05/17/16 | 92 | 06/10/16 | 06/17/16 |
27 |  |  |  |  |  |
28 | Motion in Limine to Preclude Testimony of Alex Balian | 05/20/16 | 93 | 06/06/16 | 06/17/16 |

Lologo V. Wal-Mart Stores, Inc., et al.
Case No. 2:13-cv-01493-GMN-PAL

### REASONS FOR PLAINTIFF'S EXTENSIONS

The undersigned attorney for Plaintiffs' represents that the reasons the Plaintiffs require extensions to file the Responses to said Motions are as follows:

1.   Plaintiffs' attorney was out of town during some of the time that Plaintiffs' counsel would otherwise have had to devote to preparing the Responses to the said Motions;

2.   Plaintiffs' attorney's calendar has been full  of other pressing cases with deadlines that have conflicted with and hampered the ability of Plaintiffs attorney to finalize the Responses to said Motions; and

3.   Plaintiffs' attorney and the attorney for ASM have been engaged in settlement negotiations that have required some of the time that Plaintiffs' counsel would otherwise have had to devote to preparing the Responses to the said Motions;

4.   The requested extensions are made in good faith and not for the purposes of delay, but rather, for the purposes of making sure that all Responses to the said Motions are well prepared and legally sufficient on the merits.

///
///
///
///
///
///
///
///
///
///
///
///
///

Lologo V. Wal-Mart Stores, Inc., et al.
Case No. 2:13-cv-01493-GMN-PAL

**PROPOSED NEW DEADLINES**

NOW THEREFORE Plaintiffs' shall have up to and including June 17, 2016 to Respond to the

Motion for Sanctions re Discovery Motion to Exclude Ps' Medical Expert Witnesses, Motion for

Summary Judgment, and Motion in Limine to Preclude Testimony of Alex Balian filed by ASM and

the Joinders thereto filed by Wal-Mart.

DATED this 20th day of June, 2016.                    DATED this 20th day of June, 2016.

LAW OFFICES OF ERIC R. BLANK, P.C.            PHILLIPS, SPALLAS & ANGSTADT LLC


By:   /s/ William B. Palmer, II                        By: /s/ Melanie L. Thomas
    ERIC R. BLANK, ESQ.                              MELANIE L. THOMAS, ESQ.
    Nevada Bar No. 006910                            Nevada Bar No. 009800
    WILLIAM B. PALMER, II, ESQ.,                     504 South Ninth Street
    OF COUNSEL                                       Las Vegas, Nevada  89101
    Nevada Bar No. 001803                            Telephone: (702) 938-1510
    7860 W. Sahara Avenue, Suite 110                 Facsimile:   (702) 938-1511
    Las Vegas, Nevada 89117                          *Attorney for Defendant, Wal-Mart Stores, Inc.*
    Telephone: (702) 222-2115
    Facsimile:  (702) 227-0615
    *Attorney for Plaintiffs, Robbin L. Lologo and*
    *Vincent J. Lologo*


DATED this 20th day of June, 2016.

MURCHISON & CUMMING, LLP

By: /s/ Michael J. Nunez
    MICHAEL J. NUNEZ, ESQ.
    Nevada Bar No. 010703
    IAN M. MCMENEMY, ESQ.
    Nevada Bar No. 013190
    6900 Westcliff Drive, Suite 605                 **IT IS SO ORDERED.**
    Las Vegas, NV  89145
    *Attorneys for Advantage Sales &*                 DATED this 20 day of June, 2016.
    *Marketing, LLC*


_____
UNITED STATES DISTRICT JUDGE