UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Robbin L. Lologo, et al

        Plaintiff,

District No.   2:13-cv-1493 GMN PAL

vs.

Wal-Mart Stores, Inc.

        Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On April 18, 2017 this court received transcript order form dated April 18, 2017 requesting Transcript of a hearing held on August 8, 2016 from Michael Nunez, counsel for the Defendant, Advantage Sales & Marketing, LLC, in which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 25 day of April, 2017.

_____
GLORIA M. NAVARRO
United States District Chief Judge