Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Bryan J. Ure, Esq.
Nevada Bar. No. 11004
**MURCHISON & CUMMING, LLP**
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
mnunez@murchisonlaw.com
bure@murchisonlaw.com

Attorneys for *Advantage Sales & Marketing LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBBIN L. LOLOGO, an individual; and VINCENT J. LOLOGO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a WAL-MART SUPERCENTER STORE # 1834; ADVANTAGE SALES & MARKETING LLC; and DOES I-X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01493-GMN-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

This Stipulation and Order to Continue Status Conference is entered into by and among ROBBIN L. LOLOGO; VINCENT J. LOLOGO (collectively "Plaintiffs"); WAL-MART STORES, INC. ("Walmart"); and ADVANTAGE SALES & MARKETING, LLC ("ASM"), by and through their attorneys of record:

**WHEREAS** the parties appeared before this Court on May 12, 2017, to inform the Court that the parties had reached final allocations with respect to the global settlement agreement; and

**WHEREAS** the parties are now in a position to prepare final release agreements, exchange settlement funds and file a stipulation of dismissal in this matter; and

**WHEREAS** the parties believed that said could be accomplished in two weeks and have been working and communicating diligently in that regard, additional time is requested. The parties are therefore requesting an additional two weeks to finalize settlement agreements, exchange settlement funds and file an Order of Dismissal.

**STIPULATED AND AGREED TO:**

**MURCHISON & CUMMING, LLP**

DATED this 25th day of May, 2017.

By: */s/ Michael Nuñez*
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Bryan J. Ure, Esq.
Nevada Bar. No. 11004
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Attorneys for Defendant
ADVANTAGE SALES & MARKETING LLC

**LAW OFFICES OF ERIC R. BLANK, P.C.**

DATED this 25th day of May, 2017.

By: */s/ Eric R. Blank*
Eric R. Blank
Nevada Bar No. 6910
7860 W. Sahara Ave., Ste. 110
Las Vegas, NV 89117
Attorneys for Plaintiffs
ROBBIN L. LOLOGO and VINCENT J. LOLOGO

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

DATED this 25th day of May, 2017.

By: */s/ Brenda H. Entzminger*
Brenda H. Entzminger, Esq.
Nevada Bar No. 9800
504 S. 9th Street
Las Vegas, NV 89101
Attorneys for Defendant
WAL-MART STORES, INC.

## ORDER

Based on the Stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the Status Conference presently set for May 26, 2017, is continued to June 9, 2017 at 8:00 AM in LV Courtroom 7C before Chief Judge Gloria M. Navarro. If dismissal paperwork is filed prior to the hearing, the hearing will be automatically vacated.

**IT IS SO ORDERED.**

DATED: This 25 day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

**STATE OF NEVADA, COUNTY OF CLARK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Clark, State of Nevada. My business address is 6900 Westcliff Drive, Suite 605, Las Vegas, Nevada 89145.

On May 25, 2017, I served true copies of the following document(s) described as **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** on the interested parties in this action as follows:

### SEE ATTACHED LIST

**BY ELECTRONIC TRANSMISSION VIA CM/ECF**: Pursuant to the E-Filing System of the United States District Court, District of Nevada, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 25, 2017, at Las Vegas, Nevada.

*/s/ Nicole Garcia*
Nicole Garcia

### SERVICE LIST
### Robbin L. Lologo, et. al. vs. Wal-Mart Stores, Inc., et. al.

| | |
|---|---|
| Eric R. Blank, Esq.<br>Law Offices of Eric R. Blank, P.C.<br>7860 W. Sahara Ave., Ste. 110<br>Las Vegas, NV  89117<br>Telephone: (702) 222-2115<br>Facsimile: (702) 227-0615 | Attorneys for Plaintiff |
| Brenda H. Entzminger, Esq.<br>Phillips, Spallas & Angstadt, LLC<br>504 S. 9th Street<br>Las Vegas, NV  89101<br>Telephone: (702) 938-1510<br>Facsimile: (702) 938-1511 | Attorneys for WAL-MART STORES, INC. |