Michael J. Nuñez, Esq.
Nevada Bar No. 10703
MURCHISON & CUMMING, LLP
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant
ADVANTAGE SALES & MARKETING, LLC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBBIN L. LOLOGO, an individual; and VINCENT J. LOLOGO, and individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORE, INC., a Delaware corporation d/b/a WAL-MART SUPERCENTER STORE # 1834; and DOES I-X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01493-GMN-PAL<br><br>**STIPULATION AND DISMISSAL FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORE, INC., a Delaware corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>ADVANTAGE SALES & MARKETING LLC, a foreign corporation; ROE CORPORATIONS I through XX; and DOES I through XX, inclusive,<br><br>Third Party Defendants. | |

/ / /

/ / /

/ / /

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW, Defendant ADVANTAGE SALES & MARKETING LLC, by and through its attorneys of record, the law firm of Murchison & Cumming, LLP; Defendant WAL-MART STORE, INC., by and through its attorneys of record, the law firm of Phillips, Spallas & Angstadt LLC and Plaintiff ROBBIN L. LOLOGO, by and through her attorneys of record, the Law Office of Eric R. Blank, P.C., and hereby stipulate and agree that the instant matter shall be dismissed with prejudice with each side to bear its own attorneys fees and costs.

STIPULATED AND AGREED TO this ___ day of _____, 2017.

**MURCHISON & CUMMING, LLP**

By: _____
Michael J. Nunez, Esq.
Nevada Bar No. 10703
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Attorneys for Advantage Sales & Marketing

STIPULATED AND AGREED TO this 23rd day of June, 2017.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

By: /s/ Brenda H. Entzminger
Brenda H. Entzminger, Esq.
Nevada Bar No.: 9800
504 S. Ninth Street
Las Vegas, NV 89101
Attorney for Wal-Mart Stores, Inc.

STIPULATED AND AGREED TO this ___ day of _____, 2017.

**LAW OFFICES OF ERIC R. BLANK, P.C.**

By: _____
William B. Plamer, II, Esq.
Nevada Bar No.: 1803
7860 W. Sahara Ave, Suite 110
Las Vegas, NV 89117
Attorney for Plaintiff Robbin L. Lologo

2

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW, Defendant ADVANTAGE SALES & MARKETING LLC, by and through its attorneys of record, the law firm of Murchison & Cumming, LLP; Defendant WAL-MART STORE, INC., by and through its attorneys of record, the law firm of Phillips, Spallas & Angstadt LLC and Plaintiff ROBBIN L. LOLOGO, by and through her attorneys of record, the Law Office of Eric R. Blank, P.C., and hereby stipulate and agree that the instant matter shall be dismissed with prejudice with each side to bear its own attorneys fees and costs.

STIPULATED AND AGREED TO this 2 day of June, 2017.

**MURCHISON & CUMMING, LLP**

By: _____
Michael J. Nunez, Esq.
Nevada Bar No. 10703
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Attorneys for Advantage Sales & Marketing

STIPULATED AND AGREED TO this ____ day of _____, 2017.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

By: _____
Brenda H. Entzminger, Esq.
Nevada Bar No.: 9800
504 S. Ninth Street
Las Vegas, NV 89101
Attorney for Wal-Mart Stores, Inc.

STIPULATED AND AGREED TO this ____ day of _____, 2017.

**LAW OFFICES OF ERIC R. BLANK, P.C.**

By: _____
William B. Plamer, II, Esq.
Nevada Bar No.: 1803
7860 W. Sahara Ave, Suite 110
Las Vegas, NV 89117
Attorney for Plaintiff Robbin L. Lologo

## ORDER

The Court having considered the aforementioned Stipulation between the Parties, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice with each side to bear its own attorneys fees and costs.

DATED this 29 day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

Michael J. Nuñez, Esq.
Nevada Bar No. 10703
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Attorneys for Advantage Sales & Marketing